```
                UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF WEST VIRGINIA
                         AT CHARLESTON
```

**MICHAEL D. WILLIAMS,**

    Movant,

v.                                                Civil Action No. 2:19-cv-00909
                                                 Criminal Action No. 2:18-cr-00264-1

**UNITED STATES OF AMERICA,**

    Respondent.

## MEMORANDUM OPINION AND ORDER

The court having received the Proposed Findings and Recommendation of United States Magistrate Judge Omar J. Aboulhosn, entered on January 13, 2020; and the Magistrate Judge having recommended that the court deny the movant's motion under 28 U.S.C. § 2255 to vacate, set aside or correct sentence by a person in federal custody; and no objection having been filed to the Proposed Findings and Recommendation, it is ORDERED that the findings made in the Proposed Findings and Recommendation of the Magistrate Judge be, and they hereby are, adopted by the court and incorporated herein.[1]

It is, therefore, ORDERED that this case be, and it hereby is, dismissed without prejudice.

---

[1] The court notes that the case numbers in the Proposed Findings and Recommendation are inverted. The correct case numbers are displayed in the above style.

The Clerk is directed to forward copies of this memorandum opinion and order to the movant, all counsel of record, and the United States Magistrate Judge.

ENTER: February 26, 2020

John T. Copenhaver, Jr.
Senior United States District Judge